[No. 11886.    In Bank. — February 17, 1887.]

## SAMUEL TOTTON, PETITIONER, *v.* SUPERIOR COURT OF SONOMA COUNTY, RESPONDENT.

JUSTICE'S COURT — NOTICE OF APPEAL — WHO MAY SIGN — ATTORNEY OF RECORD. — A notice of appeal from a Justice's Court need not be signed by the attorney of record of the appellant in that court. It is sufficient if the notice be signed by the appellant personally, or by any one he may select for that purpose.

APPLICATION for a writ of review to annul an order of the Superior Court dismissing an appeal from a Justice's Court in the case of *Lockwood* v. *Totton*. In that action, the defendant appeared in the Justice's Court by an attorney, and judgment was rendered against him. He thereupon served and filed a notice of appeal to the Superior Court, which was signed by a different attorney. No notice of substitution of attorneys was given. The Superior Court dismissed the appeal because the notice had not been signed by the attorney of record in the Justice's Court, nor by an attorney who had been formally substituted in his place. The further facts appear in the opinion of the court.

*Laughlin & Thompson*, for Petitioner.

*J. A. Barham*, for Respondent.

The COURT. — Application for a writ of review.

In this case the notice of appeal to the Superior Court was properly given. If there is an attorney of record in Justices' Courts, the statute does not require that an attorney should sign the notice of appeal. It may be

signed by *the party,* or any person he may select for that purpose.    (Civ. Code Proc., secs. 842, 974.)

The petition is sufficient, and the demurrer thereto is overruled.

The order dismissing the appeal is annulled and. quashed.

Ordered accordingly.

Rehearing denied.